DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| **U.S. District Judge:** James A. Soto | **Date:** January 6, 2022 |
| **Case Number:** CV-17-00022-TUC-JAS | |
| Taylor v. Ryan et al | |

**APPEARANCES:**

| Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|
| Charles Joseph Slack-Mendez | Christopher Phillip White |
| | Thomas Maleta |

### PRETRIAL CONFERENCE:

Counsel are present. Parties are not present. Discussion held with counsel about concerns regarding Covid-19 and the possibility of continuing the Jury Trial. Parties indicate they are ready and prefer to proceed to trial next week. The Court reluctantly continues this matter to April 19, 2022 at 9:00am. Anticipated length of trial is 4 days.

Discussion held regarding witnesses, Voir Dire, Jury Instructions, and this Court's Jury Trial procedures. The Court will seat 8 Jurors. No alternates. Counsel to advise the Court if their clients will waive their appearance at side bar conferences.

Defendant indicates one witness will appear by video conference.

Deputy Clerk: Tiffany Dame
Court Reporter: Cindy Shearman

PTC:
 37  minutes
Start:  1:30pm
Stop:   2:07pm